This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**LIDIA GARCIA,**

Petitioner-Appellant,

**v.**                                                                No. 34,104

**JOSE LOPEZ,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Debra Ramirez, District Judge**

Carpenter & Associates
Joshua Carpenter
Albuquerque, NM

for Appellant

Jose Lopez
Albuquerque, NM

Pro se Appellee

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

**{1}** Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

**{2}** Dismissed.

**{3}** **IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**MICHAEL E. VIGIL, Chief Judge**

_____

**CYNTHIA A. FRY, Judge**